MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
ANDREW P. VALENTINE (Bar No. 162094)
andrew.valentine@dlapiper.com
ROBERT BUERGI (Bar No. 242910)
robert.buergi@dlapiper.com
ERIK R. FUEHRER (Bar No. 252578)
erik.fuehrer@dlapiper.com
JONATHAN H. HICKS (Bar No. 274634)
jonathan.hicks@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone:   650.833.2000
Facsimile:    650.833.2001

Attorneys for Plaintiff
TREND MICRO INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TREND MICRO INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>RPOST HOLDINGS, INC., and<br>RPOST COMMUNICATIONS LIMITED,<br><br>Defendants. | CASE NO.  3:13-cv-05227-VC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER GRANTING TREND MICRO<br>INCORPORATED'S UNOPPOSED<br>ADMINISTRATIVE MOTION TO<br>CONSIDER WHETHER CASES<br>SHOULD BE RELATED** |

WHEREAS, on November 11, 2013, Trend Micro filed a complaint for Declaratory Judgment against RPost, alleging non-infringement and invalidity of U.S. Patent Nos. 8,224,913 ("the '913 patent"), 8,209,389 ("the '389 patent"), 8,504,628 ("the '628 patent"), and 8,468,199 ("the '199 patent") (collectively, the "asserted patents").  Dkt. No. 1.

WHEREAS, on December 9, 2013, RPost filed the Transferred Action against Trend Micro in the Eastern District of Texas (Case No. 2:13-cv-01065), alleging infringement of the same four asserted patents in the instant action, together with two additional patents: U.S. Patent Nos. 8,484,706 ("the '706 patent") and 7,660,989 ("the '989 patent").

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\249001066.1

-1-
STIP AND [PROPOSED] ORDER GRANTING TREND MICRO'S UNOPPOSED
ADMIN. MOTION TO RELATE CASES / CASE NO. 3:13-CV-05227-VC

1     WHEREAS, on January 8, 2014, Trend Micro filed a motion to dismiss/transfer RPost's Texas case to the Northern District of California.

    WHEREAS, on May 16, 2014, Judge Gilstrap granted Trend Micro's motion and transferred the Texas case to the Northern District of California.

    WHEREAS, on June 18, 2014, the Transferred Action was transferred to the Northern District of California, and was filed as 3:14-cv-02824-EDL and the Transferred Action was subsequently assigned to Judge Beth Labson Freeman and now bears Case No. 3:14-cv-02824-BLF.

    WHEREAS, Judge Freeman issued an Order Instructing Defendant to File Motion to Consider Whether Cases Should be Related in Case No. 14-cv-02824-BLF.

    WHEREAS, counsel for Trend Micro and counsel for RPost Holdings, Inc. and RPost Communications Ltd. (collectively, "RPost") met and conferred and RPost has stated that it does not oppose Trend Micro's administrative motion to relate cases.

    WHEREAS, Trend Micro concurrently herewith submits an unopposed Administrative Motion To Consider Whether Cases Should Be Related pursuant to Local Rule 3-12.

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that for the reasons stated in Trend Micro's unopposed Administrative Motion To Consider Whether Cases Should Be Related, the Transferred Action bearing Case No. 3:14-cv-02824-BLF should be related to the above-captioned action pursuant to Local Rule 3-12.

Dated: July 18, 2014                    Respectfully submitted,

                                        By:  */s/ Andrew P. Valentine*
                                        ANDREW P. VALENTINE
                                        MARK FOWLER
                                        ROBERT BUERGI
                                        ERIK R. FUEHRER
                                        JONATHAN H. HICKS

                                        Attorneys for Plaintiff
                                        TREND MICRO INCORPORATED

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\249001066.1

-2-
STIP AND [PROPOSED] ORDER GRANTING TREND MICRO'S UNOPPOSED
ADMIN. MOTION TO RELATE CASES / CASE NO. 3:13-CV-05227-VC

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 18, 2014 | By: */s/ Lewis E. Hudnell, III* |
| 3 | | Lewis E. Hudnell, III |
| | | Hudnell Law Group P.C. |
| 4 | | 375 Park Avenue Suite 2607 |
| | | New York, New York 10152 |
| 5 | | Tel: 212.634.6866 |
| | | Fax: 347.772.3034 |
| 6 | | lewis@hudnelllaw.com |
| 7 | | |
| | | Attorneys for Defendants |
| 8 | | RPOST HOLDINGS, INC. and |
| | | RPOST COMMUNICATIONS LIMITED |

**DECLARATION UNDER CIVIL LOCAL RULE 5.1**

In compliance with Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories indicated by a "conformed" signature (/s/) within this E-Filed document.

Dated: July 18, 2014                                */s/ Andrew P. Valentine*
                                                                    Andrew P. Valentine

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: July 21, 2014        _____
                                                    JUDGE CHHABRIA
                                                    United States District Judge

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\249001066.1

-3-
STIP AND [PROPOSED] ORDER GRANTING TREND MICRO'S UNOPPOSED
ADMIN. MOTION TO RELATE CASES / CASE NO. 3:13-CV-05227-VC